**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | | |
|---|---|---|
| TIMOTHY TIMMONS, | | |
| Plaintiff, | | CIVIL ACTION NO.: 6:16-cv-58 |
| v. | | |
| OFFICER REID; OFFICER SANDERS; and HOMER BRYSON, | | |
| Defendants. | | |

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 11), to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims for monetary damages against Defendants in their official capacities and Plaintiff's claims against Defendant Homer Bryson in their entirety and **DISMISSES as moot** Plaintiff's claims for preliminary and permanent injunctive relief. Plaintiff's claims against Defendants Reid and Sanders remain pending.

**SO ORDERED**, this 26th day of September, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA